# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK KELLY, | Case No. CV 16-2150-PSG (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| WARDEN, CSP-LAC, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed without prejudice.

DATED: 3/1/16

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE